■ GENE KOVAC, Appellant, v. JOSEPH F. SPRINZL, JR., Respondent. PAUL KOVAC, Appellant, v. JOSEPH F. SPRINZL, Respondent.— Order unanimously affirmed, without costs of this appeal to any party. (Appeal from order of Erie Special Term denying the plaintiffs' motion to vacate and set aside the default of plaintiffs-appellants and relieve them of such default under subdivision 2 of rule 302 of Rules of Civil Practice.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ LEO J. KACZMAREK, Respondent, v. STANLEY CIACIUCH, as Executor of JOHN J. CIACIUCH, Deceased, Defendant, and JAKE B. BURKETT, Appellant. DELPHINE KACZMAREK, an Infant, by STEPHANIA KACZMAREK, Her Guardian ad Litem, Respondent, v. STANLEY CIACIUCH, as Executor of JOHN J. CIACIUCH, Deceased, Defendant, and JAKE B. BURKETT, Appellant.— Order unanimously affirmed, without costs of this appeal to any party. (Appeal from order of Erie Special Term denying motions by defendant Burkett for summary judgment.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ TURNER CONSTRUCTION COMPANY, INC., Appellant, v. 1600 EAST AVENUE, INC., et al., Respondents.— Order unanimously affirmed, without costs of this appeal to any party. (Appeal from order of Monroe Special Term denying plaintiff's motion for an order vacating the notice of examination before trial.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ. [30 Misc 2d 811.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATSY SENZARINO, Appellant.— Memorandum: This is an appeal from an order denying a writ of error *coram nobis* without a hearing. The allegations of the petition raised factual issues, which could be resolved only by a hearing. The mere fact that a codefendant in the original action had a *coram nobis* hearing upon issues, which may be similar to those raised herein and which were determined adversely to the codefendant after a hearing is not germane to the present application. The appellant herein was not a party to that proceeding and is in no way bound by the decision therein. (Appeal from order of Onondaga County Court denying defendant's application to vacate judgment of conviction rendered May 1, 1950, without a hearing.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.